AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| MICHELLE CARTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  17-cv-539 (AMD) (SLT) |
| JPMORGAN CHASE BANK, N.A. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| DAHALEEL 1, INC., et al. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

See attached addenda for complete caption and third-party defendants' names and addresses.

A lawsuit has been filed against defendant ___JPMorgan Chase Bank___ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___Michelle Carter___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ronald M. Neumann, Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, New York, NY  10036

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Unger, Esq., 30 South Station Plaza, Great Neck, NY  11021
Jeffrey Benjamin, Esq., Law Office of Jeffrey Benjamin, 104-08 Roosevelt Avenue, 2nd Floor, Corona, NY 11368

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  ___10/31/2017___

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHELLE CARTER,

                                    Plaintiff,

                - against -

JPMORGAN CHASE BANK, N.A.,

                                    Defendant.

Case No. 17-cv-539 (AMD) (SLT)

JPMORGAN CHASE BANK, N.A.,

                        Third-Party Plaintiff,

                - against -

DAHALEEL 1, INC. d/b/a ROCKAWAY FARM
DELI & GRILL, SALEM N. AL-GEMSH, SALAH
M. OMAIRAT, AMMAR Y. AWAWDEH, 579
ISLAND MARKET, INC. d/b/a BREAD AND
BUTTER MARKET, YASER AWAWDEH,
MUHAMMED PRATTS, LAMONT ROBINSON,
MOHAMMED KHATARI, PICKLES & OLIVES,
INC., MAZEN DELI GROCERY CORP.,
KAMAL DARWISH, MUKHTER OMAIRAT,
RANDY PRATTS, AHMED OMAIRAT, and
"JOHN DOE NO. 1" to "JOHN DOE NO. 10," inclusive,
the last ten names being fictitious and unknown to the
third-party plaintiff,

                        Third-Party Defendants.

JPMorgan Chase Bank, N.A., Third-Party Plaintiff, v. Dahaleel 1, Inc., et al.

Addendum to Summons on a Third-Party Complaint

| | Third-Party Defendant | Address |
|---|---|---|
| 1 | Dahaleel 1, Inc. dba Rockaway Farm Deli & Grill | 281 Beach 116th Street, Rockaway Park, New York 11694 |
| 2 | Salem N. Al-Gemsh | 281 Beach 116th Street Rockaway Park, New York 11694 |
| 3 | Salah M. Omairat | 233 Beach 122nd Street, Rockaway Park, New York 11694 |
| 4 | Ammar Y. Awawdeh | 2911 Queens Plaza North, Apt 22A, Long Island City, New York 11101 |
| 5 | Yaser Awawdeh | 31 Landscape Avenue, Apt 1, Yonkers New York 10705 |
| 6 | Muhammed Pratts | 4 River Road, Apt 4G, Roosevelt Island, New York 10044 |
| 7 | Lamont Robinson | 4 River Road, Apt 8B, Roosevelt Island, New York 10044 |
| 8 | Mohammed Khatari | **To Be Determined** |
| 9 | Pickles & Olives | 5601 Second Avenue, Brooklyn, New York 11220 |
| 10 | Mazen Deli Grocery Corp. | Frank's Deli, 2773A Webster Avenue, Bronx, New York 10458 |
| 11 | Kamal Darwish | 540 Main Street, Apt 703, Roosevelt Island, New York 10044 |
| 12 | Mukhter Omairat | 233 Beach 122nd Street, Rockaway Park, New York 11694 |
| 13 | Randy Pratts | 4 River Road, Apt 4G, Roosevelt Island, New York 10044 |
| 14 | Ahmed Omairat | 3202 Knapp Street, Brooklyn, New York 11299 |

926916