AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHELLE CARTER<br>*Plaintiff*<br>v.<br>JPMORGAN CHASE BANK, N.A.<br>*Defendant, Third-party plaintiff*<br>v.<br>DAHALEEL 1, INC., et al.<br>*Third-party defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 17-cv-539 (AMD) (SLT) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   See attached addenda for complete caption and third-party defendants' names and addresses.

     A lawsuit has been filed against defendant __JPMorgan Chase Bank__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Michelle Carter__.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ronald M. Neumann, Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, New York, NY 10036

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Unger, Esq., 30 South Station Plaza, Great Neck, NY 11021
Jeffrey Benjamin, Esq., Law Office of Jeffrey Benjamin, 104-08 Roosevelt Avenue, 2nd Floor, Corona, NY 11368

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: 11/8/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

S/ Thameera Ramesar
*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE CARTER,<br><br>                                    Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                                    Defendant. | Case No. 17-cv-539 (AMD) (SLT) |
| JPMORGAN CHASE BANK, N.A.,<br><br>                                      Third-Party Plaintiff,<br><br>- against -<br><br>DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, YASER AWAWDEH, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES, INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT, and "JOHN DOE NO. 1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,<br><br>                                      Third-Party Defendants. | |

JPMorgan Chase Bank, N.A., Third-Party Plaintiff, v. Dahaleel 1, Inc., et al.

Addendum to Summons on a Third-Party Complaint

|    | Third-Party Defendant | Address |
|----|------------------------|---------|
| 1  | Dahaleel 1, Inc. dba Rockaway Farm Deli & Grill | 281 Beach 116th Street, Rockaway Park, New York 11694 |
| 2  | Salem N. Al-Gemsh | 281 Beach 116th Street Rockaway Park, New York 11694 |
| 3  | Salah M. Omairat | 233 Beach 122nd Street, Rockaway Park, New York 11694 |
| 4  | Ammar Y. Awawdeh | 2911 Queens Plaza North, Apt 22A, Long Island City, New York 11101 |
| 5  | Yaser Awawdeh | 31 Landscape Avenue, Apt 1, Yonkers New York 10705 |
| 6  | Muhammed Pratts | 4 River Road, Apt 4G, Roosevelt Island, New York 10044 |
| 7  | Lamont Robinson | 4 River Road, Apt 8B, Roosevelt Island, New York 10044 |
| 8  | Mohammed Khatari | **To Be Determined** |
| 9  | Pickles & Olives | 5601 Second Avenue, Brooklyn, New York 11220 |
| 10 | Mazen Deli Grocery Corp. | Frank's Deli, 2773A Webster Avenue, Bronx, New York 10458 |
| 11 | Kamal Darwish | 540 Main Street, Apt 703, Roosevelt Island, New York 10044 |
| 12 | Mukhter Omairat | 233 Beach 122nd Street, Rockaway Park, New York 11694 |
| 13 | Randy Pratts | 4 River Road, Apt 4G, Roosevelt Island, New York 10044 |
| 14 | Ahmed Omairat | 3202 Knapp Street, Brooklyn, New York 11299 |

926916

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE



*2612703*

Index no : 1:17-CV-00539-AMD-ST

| Plaintiff(s): | MICHELLE CARTER, |
|---|---|
| Defendant(s): | JPMORGAN CHASE BANK, N.A. |

STATE OF NEW YORK
COUNTY OF SUFFOLK    ss.:

**Mohamed Soliman**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **12/20/2017** at **1:37 PM**, I served the within **THIRD-PARTY SUMMONS AND THIRD-PARTY COMPLAINT WITH ATTACHMENTS INCLUDING PLAINTIFF'S AMENDED COMPLAINT Bearing Index Number 1:17-CV-00539-AMD-ST and date of filing of 11/09/2017** on **AMMAR Y. AWAWDEH** at **2118 77TH STREET, APT 1, BROOKLYN, NY 11214** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **OMAR AWAWDEH, BROTHER**, a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On 12/27/17, deponent enclosed a copy of above mentioned documents to **AMMAR Y. AWAWDEH** at said **defendant's** Place of Residence, at 2118 77TH STREET,APT 1,BROOKLYN, NY ,11214 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **TWO STORY TAN BRICK RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Tan | Black | 25 | 5ft8in-5ft11in | 150-174 lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on

12/27/17

_Lauren Montenegro_
Notary Public,

LAUREN MONTENEGRO
Notary Public, State of New York
No. 01MO6283797
Qualified in Suffolk County
Commission Expires June 17, 2021

X _Mohamed Soliman_
Mohamed Soliman
License#: 2031140
Alstate Process Service Inc.
60 Burt Drive
Deer Park,NY 11729
631/667-1800

ZEICHNER,ELLMAN AND KRAUSE
ATTN: MICHAEL ANTONIVICH
1211 AVENUE OF THE AMERICAS 40TH FLOOR
NEW YORK,NY 10036
212-223-0400

Atty File#: JPMORGAN CHASE 1115





This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail.

**FROM**:

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729

**TO**:

AMMAR Y. AWAWDEH,

2118 77TH STREET APT 1,

BROOKLYN, NY 11214

