UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELLE CARTER,

                Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A.,

                Defendant.
-----------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,

                Third-Party Plaintiff,

- against -

DAHALEEL 1, INC. d/b/a ROCKAWAY FARM
DELI & GRILL, SALEM N. AL-GEMSH, SALAH
M. OMAIRAT, AMMAR Y. AWAWDEH, 579
ISLAND MARKET, INC. d/b/a BREAD AND
BUTTER MARKET, YASER AWAWDEH,
MUHAMMED PRATTS, LAMONT ROBINSON,
MOHAMMED KHATARI, PICKLES & OLIVES,
INC., MAZEN DELI GROCERY CORP.,
KAMAL DARWISH, MUKHTER OMAIRAT,
RANDY PRATTS, AHMED OMAIRAT,
and "JOHN DOE NO.1" to "JOHN DOE NO. 10,"
inclusive, the last ten names being fictitious and
unknown to the third-party plaintiff,

                Third-Party Defendants.
-----------------------------------------------------------------X

Case No.:
17-cv-539 (AMD) (SLT)

STIPULATION

     IT IS HEREBY STIPULATED by and between the attorneys for Defendant and Third-Party Plaintiff, JPMORGAN CHASE BANK, N.A., and the attorney for Third-Party Defendants, SALAH M. OMAIRAT, AHMED OMAIRAT and MAZEN DELI GROCERY CORP. ("Stipulating Third-Party Defendants"), as follows:

     WHEREAS, there has been one previous request to enlarge the time for any of the three Stipulating Third-Party Defendants to answer or otherwise move the Court with respect to the Third Party Complaint, and such time is currently set to expire for all said Third-Party Defendants on January 29, 2018;

1. The Stipulating Third-Party Defendants' time to answer or otherwise move the Court with respect to the Third Party Complaint (Docket No.: 20) is hereby extended up to and including the 28th day of February, 2018.

2. A faxed or electronic copy of a signature on this stipulation shall be deemed an original for all purposes.

Dated: New York, New York
January 24, 2018

ZEICHNER ELLMAN
& KRAUSE LLP

*[signature]*
By: RONALD M. NEUMANN, ESQ.
*Attorneys for Defendant and Third Party Plaintiff*
JPMorgan Chase Bank, N.A.
1211 Avenue of the Americas. 40th Fl.
New York, New York 10036
Tel: (212) 223-0400
Fax: (212) 753-0396
e-mail: RNeumann@zeklaw.com

s/ *Michael T. Sucher*
MICHAEL T. SUCHER, ESQ.
*Attorney for Third Party Defendants*
Salah M. Omairat, Ahmed Omairat and Mazen Deli Grocery Corp.
26 Court Street, Suite 2412
Brooklyn, New York 11242
Tel: (718) 522-1995
Fax: (718) 797-3174
e-mail: nylawyer@aol.com

SO-ORDERED:

_____