UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MICHELLE CARTER,

                   Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A.,

                   Defendant.

----------------------------------------------------------------X

JPMORGAN CHASE BANK, N.A.,

                   Third-Party Plaintiff,

- against -

DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, YASER AWAWDEH, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES, INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT, and "JOHN DOE NO.1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,

                   Third-Party Defendants.

----------------------------------------------------------------X

Case No.:
17-cv-539 (AMD) (SLT)

<u>STIPULATION</u>

      IT IS HEREBY STIPULATED by and between the attorneys for Third party Defendants, DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL and SALEM N. AL-GEMSH ("Cross-Claimants"), and the attorney for Third-Party Defendant, SALAH M. OMAIRAT, as follows:

WHEREAS, there has been no previous request to enlarge the time for SALAH M. OMAIRAT to answer or otherwise move the Court with respect to the Cross Claim interposed by Cross-Claimants, and such time is currently set to expire on February 9, 2018:

1. SALAH M. OMAIRAT's time to answer or otherwise move the Court with respect to the Cross Claim interposed by Cross-Claimants (Docket No.: 43) is hereby extended up to and including the 28th day of February, 2018.

2. An electronic copy of a signature on this stipulation shall be deemed an original for all purposes.

Dated: Brooklyn, New York
January 25, 2018

LAW OFFICE OF
RAY BECKERMAN, PC

s/ *Ray Beckerman, Esq.*
By: RAY BECKERMAN, ESQ.
*Attorney for Third Party Defendant And Cross-Claimants,*
Dahaleel 1, Inc. d/b/a Rockaway Farm Deli & Grill and
Salem N. Al-Gemsh
108-18 Queens Blvd. 4th Floor
Forest Hills, New York 11375
Tel: (718) 544-3434
e-mail: ray@beckermanlegal.com

s/ *Michael T. Sucher*
MICHAEL T. SUCHER, ESQ.
*Attorney for Third Party Defendants*
Salah M. Omairat, Ahmed Omairat and Mazen Deli Grocery Corp.
26 Court Street, Suite 2412
Brooklyn, New York 11242
Tel: (718) 522-1995
Fax: (718) 797-3174
e-mail: nylawyer@aol.com

SO-ORDERED:

_____