Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

*Attorneys for Defendant / Third-Party Plaintiff
 JPMorgan Chase Bank, N.A.*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 29 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE CARTER,<br><br>                       Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                       Defendant. | Case No.:   17-cv-539 (AMD) (SLT) |
| JPMORGAN CHASE BANK, N.A.,<br><br>                       Third-Party Plaintiff,<br><br>- against -<br><br>DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, YASER AWAWDEH, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES, INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT, and "JOHN DOE NO. 1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,<br><br>                       Third-Party Defendants. | **NOTICE OF DISMISSAL**<br>**AS TO AHMED OMAIRAT ONLY** |

TAKE NOTICE that third-party plaintiff JPMorgan Chase Bank, N.A. dismisses the third-party action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as against Ahmed Omairat only.

Dated: New York, New York
January 25, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Ronald M. Neumann
Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
*Attorneys for Defendant /*
*Third-Party Plaintiff*
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

SO ORDERED
DATED: Brooklyn, NY

s/Ann M. Donnelly
Ann M. Donnelly
U.S. District Judge

939432