# KUPILLAS, UNGER & BENJAMIN, LLP.

**1 Linden Place, Suite 410-A**
**Great Neck, NY 11021**
**(516) 213-4493**
**(718) 425-0692 (Fax)**

January 30, 2018

<u>**Via ECF**</u>

Honorable Steven L. Tiscione
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:*    *Michelle Carter v. JPMorgan Chase Bank, N.A.*
            *Civil Action No: 17-539 (AMD)(SLT)*

Dear Judge Tiscione:

      This office represents plaintiff Michelle Carter in this matter. The case is on for status conference on Thursday, February 1, 2018, but we are requesting an adjournment on consent.

      One purpose of the conference was to bring the counsel for third-party defendants before the Court once they have had the opportunity to investigate the allegations of the third-party complaint and submit an Answer.  A number of third-party defendants have extended their time to answer or have not retained counsel, so an adjournment is appropriate.

      As to the main case, defense counsel and I are nonetheless proceeding with written discovery in the interim.

      As such, the parties would respectfully request an adjournment of the status conference to <u>April 11, 2018</u> to allow for the above, or to a date the Court deems appropriate under the circumstances.

      Thanking the Court and counsel for Your consideration.

      Very truly yours,

      *Jeffrey Benjamin*

      Jeffrey Benjamin, Esq.