**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 1, 2018 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-539 (ARR) |
| **NAME OF CASE(S):** | **CARTER V. JP MORGAN CHASE BANK, N.A.** |
| **FOR PLAINTIFF(S):** | Benjamin |
| **FOR DEFENDANT(S):** | Neumann, Beckerman, Sucher, Volakos, Khateri (pro se) |
| **NEXT CONFERENCE(S):** | **JUNE 12, 2018 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:05 - 11:28 |

**RULINGS FROM DISCOVERY CONFERENCE:**

All but two of the third-party defendants have been served with the third party complaint.  All discovery documents that have already been exchanged shall now be produced to third party defendants.  To avoid delays, third party defendants are ordered to comply with the terms of the confidentiality agreement signed by Plaintiff and JP Morgan Chase Bank until the parties can reach agreement on the parameters of their own confidentiality agreement.  If the parties are unable to agree on the scope (or necessity) of the confidentiality agreement, the parties should file a motion for a protective order.  For the reasons discussed on the record, the deadline for completion of fact discovery is extended to August 1, 2018.  The Court will hold an in-person settlement conference on June 12, 2018 at 11:00 a.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than June 9, 2018.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.