UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MICHELLE CARTER,

        Plaintiff,                17-CV-539-AMD-SLT

   -against-

JPMORGAN CHASE BANK, N.A.,

        Defendant.

----------------------------------------------------------x

JPMORGAN CHASE BANK, N.A.,

        Third-Party Plaintiff,        **THIRD PARTY DEFENDANTS DAHALEEL 1, INC. AND SALEM N. AL-GEMSH DEMAND A TRIAL BY JURY**

   -against-

DAHALEEL 1, INC., dba ROCKAWAY FARM DELI & GRILL, et al,        **ANSWER OF DAHALEEL 1, INC. AND SALEM N. AL-GEMSH TO CROSSCLAIMS OF MUKHTER OMAIRAT AND PICKLES & OLIVES, INC.**

        Third-Party Defendants.

----------------------------------------------------------x

    Defendants **DAHALEEL 1, INC.** and **SALEM N. AL-GEMSH**, by their attorneys, **LAW OFFICE OF RAY BECKERMAN P.C.**, for their answer to the crossclaims of Mukhter Omairat and Pickles & Olives, Inc., allege:

    1. Deny the allegations of paragraphs 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and 36.

    **FIRST AFFIRMATIVE DEFENSE**

    2. By unlawfully removing and retaining a portion of the funds in question, and

aiding and abetting the removal of the funds, without the knowledge or consent of Al-Gemsh, crossclaimants are responsible for their own damages, if any.

### SECOND AFFIRMATIVE DEFENSE

3. By unlawfully converting funds in the bank account of Dahaleel 1, Inc., crossclaimants have been unjustly enriched, rather than damaged.

**WHEREFORE** it is respectfully requested that the Court grant judgment dismissing the crossclaims of Mukhter Omairat and Pickles & Olives, Inc., and for costs, disbursements, and such other and further relief as to the Court seems proper.

Dated: Forest Hills, New York
       February 16, 2018

                                      **LAW OFFICE OF RAY BECKERMAN P.C.**

By: _____
Ray Beckerman
Attorneys for Third Party Defendants
Dahaleel 1, Inc. and Salem N. Al-Gemsh
10818 Queens Blvd. 4th Fl.
Forest Hills NY 11375
(718) 544-3434
ray@beckermanlegal.com