SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------x
MICHELLE CARTER,　　　　　　　　　　　　　　Index No.: 702649/2012

　　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

JPMORGAN CHASE BANK, N.A.,

　　　　　　　　　　Defendant.
------------------------------------------------------------------x
JPMORGAN CHASE BANK, N.A.,

　　　　　　　　　　Third-Party Plaintiff,

　　-against-

DAHALEEL 1, INC. d/b/a ROCKAWAY FARM
DELI & GRILL, SALEM N. AL-GEMSH, SALAH
M. OMAIRAT, AMMAR Y. AWAWDEH, 579
ISLAND MARKET, INC. d/b/a BREAD AND
BUTTERMARKET, YASERAWAWDEH,
MUHAMMED PRATTS, LAMONT ROBINSON,
MOHAMMED KHATARI, PICKLES & OLIVES,
INC., MAZEN DELI GROCERY CORP.,
KAMAL DARWISH, MUKHTER OMAIRAT,
RANDY PRATTS, AHMED OMAIRAT,
and "JOHN DOE NO.1" to "JOHN DOE NO. 10,"
inclusive, the last ten names being fictitious and
unknown to the third-party plaintiff,

　　　　　　　　　　Third-Party Defendants.
------------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

　　　　PLEASE TAKE NOTICE, that the undersigned, an attorney duly licensed to practice before this Court, hereby appears as attorney of record on behalf of Third -Party Defendant Mohammed Khatari, and requests that servie of all papers herein be made at the office address listed below.

-2-

Dated: Queens, New York
February 21, 2018

Yours, etc.

By: _____
Edward Vitale, Esq.
The Law Firm of Edward Vitale, P.C
Attorney for Third-Party Defendant
Mohammed Khatari
108-18 Queens Blvd, Suite 402
Forest Hills, New York 11375
516-628-6200