Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

*Attorneys for Defendant / Third-Party Plaintiff*
  *JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE CARTER,<br><br>                    Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | Case No.:   17-cv-539 (AMD) (SLT)<br><br><br><br><br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE**<br>**AS TO YASER AWAWDEH ONLY** |
| JPMORGAN CHASE BANK, N.A.,<br><br>                    Third-Party Plaintiff,<br><br>- against -<br><br>DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, YASER AWAWDEH, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES, INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT, and "JOHN DOE NO. 1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,<br><br>                    Third-Party Defendants. | |

      TAKE NOTICE that third-party plaintiff JPMorgan Chase Bank, N.A. dismisses the third-party action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as against Yaser Awawdeh only.

Dated:    New York, New York
            March 27, 2018

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By: _____
                                             Stephen F. Ellman
                                             Ronald M. Neumann
                                             David S.S. Hamilton
                                             *Attorneys for Defendant /*
                                               *Third-Party Plaintiff*
                                             1211 Avenue of the Americas
                                             New York, New York 10036
                                             (212) 223-0400

## **CERTIFICATE OF SERVICE**

    ANTHONY ROSARIO, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 28th day of March, 2018, I served a true copy of **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO YASER AWAWDEH ONLY** upon the following parties in this action in the manner indicated below:

### *By First Class Mail*

Ali Najmi, Esq.
The Law Office of Ali Najmi
Attorneys for Third-Party Defendant
Yaser Awawdeh
261 Madison Avenue, 12th Floor
New York, New York 10016


Dated: New York, New York
   March 28, 2018

                  _____
                     ANTHONY ROSARIO