Ali Najmi, Esq.
261 Madison Avenue
12th Floor
New York, New York 10016
Telephone: (212) 401-6222
Fax: (888) 370-2397

Attorneys for *Ammar Y. Awawdeh*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHELLE CARTER

                        Plaintiff,

-against-

JP MORGAN CHASE BANK, N.A.,

                        Defendant.

---

JP MORGAN CHASE BANK, N.A.,

                      Third Party Plaintiff,

-against-
DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES,
INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT,
and "JOHN DOE NO.1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,

                      Third-Party Defendants.

Case No: 17-cv-539 (AMD) (SLT)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for third-party defendant AMMAR Y. AWAWDEH. I certify that I am admitted to practice in this Court.

Date: New York, New York
March 30, 2018

Law Office of Ali Najmi

By: _____
Ali Najmi, Esq.
Attorney for Third-Party Defendant
Ammar Y. Awawdeh
261 Madison Avenue, 12th Floor
New York, NY 10016
(212) 401-6222
ali@najmilaw.com

TO: To Counsel for Plaintiff, Defendant, Third-party Plaintiffs, and Third-party Defendants by ECF