# Michael T. Sucher
### Attorney at Law

26 Court Street Suite 2412
Brooklyn, New York 11242
(718) 522-1995
Fax: (718) 797-3174
E-mail: nylawyer@aol.com

Member of the Bar:
New York — Florida

By ECF

June 5, 2018

Hon. Steven L. Tiscione
U.S. Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Michelle Carter v. JPMorgan Chase Bank, N.A.

            JPMorgan Chase Bank, N.A. v. Dahaleel 1, Inc.
            1, Inc., et al. (third-party action)
            EDNY Docket No.: 17-cv-539 (AMD) (SLT)

Dear Judge Tiscione:

    This office is counsel to Third-Party Defendants, Salah M. Omairat and Mazen Deli Grocery Corp. in the above-referenced matter.

    We write to request that the in-person settlement conference scheduled for June 12, 2018 at 11:00 a.m. be converted into a status conference.

    We make this request as not one deposition has yet been taken in this case. The first deposition (of the plaintiff) is now scheduled to take place on June 7 and 8, 2018, with other examinations to follow.

    Counsel for all parties have been in communication on this issue, and to the best of my knowledge, all are in agreement with the request made herein.

    Thank you for your consideration in this matter.

                                  Respectfully submitted,

                                  *Michael T. Sucher*

MTS:ams

cc:  All appearing parties by ECF