# KUPILLAS, UNGER & BENJAMIN, LLP.

**1 Linden Place, Suite 410-A**
**Great Neck, NY 11021**
**(516) 213-4493**
**(718) 425-0692 (Fax)**

---

June 8, 2018

<u>Via ECF</u>

Honorable Steven L. Tiscione
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Michelle Carter v. JPMorgan Chase Bank, N.A.*
     *Civil Action No: 17-539 (AMD)(SLT)*

Dear Judge Tiscione:

  This office represents plaintiff Michelle Carter. The case is currently on for status conference on Tuesday, June 12, 2018. I write to request an adjournment of the conference on consent of all parties to <u>September 20, 2018</u>, with settlement memoranda by September 13, 2018.

  As Your Honor may remember, yesterday, all parties attempted to go forward with my client's deposition. Against my advice and consent, Ms. Carter then and there refused to proceed with the videotaping of her deposition. When we stepped out of the room, I continually tried to convince her to proceed with the video, most importantly after Your Honor's ruling on the record.

  Ms. Carter states certain reasons for not wanting to so proceed. However, and in an effort to avoid motion practice, I continue to try to convince her to be videotaped.

  All parties together yesterday agreed to a deposition schedule beginning June 14, 2018 and extending through June and July. I am hoping to keep to that schedule hammered out by the numerous parties, beginning with plaintiff and her Attorneys in Fact on June 14 and 15 as planned. If I am not able to proceed with plaintiff and instead move the Court, I of course will immediately notify all parties.

  I have to apologize for the inconvenience plaintiff's conduct has caused, but must reiterate, it was unexpected.

           Very truly yours,

           *Jeffrey Benjamin*

           Jeffrey Benjamin, Esq.

---