# KUPILLAS, UNGER & BENJAMIN, LLP.
**1 Linden Place, Suite 410-A**
**Great Neck, NY 11021**
**(516) 213-4493**
**(718) 425-0692 (Fax)**

---

June 29, 2018

<u>**Via ECF**</u>

Honorable Steven L. Tiscione
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Michelle Carter v. JPMorgan Chase Bank, N.A.*
              *Civil Action No: 17-539 (AMD)(SLT)*

Dear Judge Tiscione:

    This office represents plaintiff Michelle Carter. Today, I was to respond to defense counsel's request for costs relating to the failed deposition of plaintiff.

    I write to report that the case is settled in principal. Counsel for defendant and I are now discussing the terms of a written settlement agreement between the parties, which includes in part, the resolution of defense counsel's deposition costs. I am expecting that we will have an executed settlement agreement no later than fourteen (14) days from today, though I expect it earlier.

    As such, I respectfully request that the Court regard counsel's request for reimbursement of costs as moot.

                                        Very truly yours,

                                        *Jeffrey Benjamin*
                                        Jeffrey Benjamin, Esq.

---