<u>LAW OFFICE OF RAY BECKERMAN, P.C.</u>
*Attorneys at Law*
108-18 Queens Boulevard, 4th Floor
Forest Hills, NY 11375
Telephone (718) 544-3434  Fax (718) 559-6584
Email: ray@beckermanlegal.com
Web site: http://beckermanlegal.com

*Ray Beckerman*

July 18, 2018

<u>By ECF</u>

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn NY 11201

    <u>Re:</u> Carter v. JPMorgan Chase 17-CV-539-AMD-ST
        <u>Chase motion</u>

Dear Judge Tiscione:

    We are the attorneys for third party defendants Dahaleel 1, Inc., and Salem N. Al-Gemsh. While we concur in all other aspects of defendant's motion, we fail to appreciate why, although Chase concedes that the dismissal of the complaint against it is "with prejudice", it seeks to dismiss its third party claims "without prejudice". The dismissal of the complaint extinguishes any third party claims. *See, e.g.*, <u>Velsini v. Cadmus</u>, 152 F.R.D. 442 (N.D.N.Y. 1994).

    Respectfully submitted,

    *[signature]*
    Ray Beckerman