UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE CARTER,<br><br>         Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>         Defendant. | Case No.: 17-cv-539 (AMD) (SLT) |
| JPMORGAN CHASE BANK, N.A.,<br><br>         Third-Party Plaintiff,<br><br>- against -<br><br>DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, YASER AWAWDEH, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES, INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT, and "JOHN DOE NO. 1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,<br><br>        Third-Party Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF FIRST PARTY ACTION AS TO JPMORGAN CHASE BANK, N.A.** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the above first-party action is dismissed with prejudice against defendant JPMorgan Chase Bank, N.A. ("Chase") only, without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel consent to this Court's retention of jurisdiction over Chase solely for the purpose of enforcing the terms of the Settlement Agreement between plaintiff and Chase. The Settlement Agreement is not being filed with the Court.

This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
July 3, 2018

KUPILLAS, UNGER & BENJAMIN, LLP

By: _____
Jeffrey Benjamin
*Attorneys for Plaintiff*
Michelle Carter
5 Penn Plaza, 23rd Floor
New York, NY 10001
(212) 655-9536

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
*Attorneys for Defendant*
JPMorgan Chase Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

SO ORDERED:

_____
United States District Judge

969068