UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE CARTER,<br><br>                         Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                         Defendant. | Case No.: 17-cv-539 (AMD) (SLT) |
| JPMORGAN CHASE BANK, N.A.,<br><br>                         Third-Party Plaintiff,<br><br>- against -<br><br>DAHALEEL 1, INC. d/b/a ROCKAWAY FARM DELI & GRILL, SALEM N. AL-GEMSH, SALAH M. OMAIRAT, AMMAR Y. AWAWDEH, 579 ISLAND MARKET, INC. d/b/a BREAD AND BUTTER MARKET, YASER AWAWDEH, MUHAMMED PRATTS, LAMONT ROBINSON, MOHAMMED KHATARI, PICKLES & OLIVES, INC., MAZEN DELI GROCERY CORP., KAMAL DARWISH, MUKHTER OMAIRAT, RANDY PRATTS, AHMED OMAIRAT, and "JOHN DOE NO. 1" to "JOHN DOE NO. 10," inclusive, the last ten names being fictitious and unknown to the third-party plaintiff,<br><br>                         Third-Party Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the third-party action, including the third-party complaint, all crossclaims and all counterclaims, is dismissed without prejudice and without costs to any party.

This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
August __, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
*Attorneys for Defendant and Third-Party Plaintiff*
  JPMorgan Chase Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Law Office of
RAY BECKERMAN, P.C.

By: _____
Ray Beckerman
*Attorneys for Third-Party Defendants*
  Dahaleel 1, Inc. d/b/a Rockaway Farm
  Deli & Grill and Salem N. Al-Gemsh
108-18 Queens Boulevard, 4th Floor
Forest Hills, New York 11375
(718) 544-3434

MICHAEL T. SUCHER, ESQ.

By: _____
s/ Michael T. Sucher
*Attorneys for Third-Party Defendants*
  Salah M. Omairat and
  Mazen Deli Grocery Corp.
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995

THE VOLAKOS LAW FIRM, P.C.

By: _____
Konstantinos Volakos
*Attorneys for Third-Party Defendants*
  Pickles & Olives, Inc. and
  Mukhter Omairat
120 Bay Ridge Avenue
Brooklyn, New York 11220
(718) 836-4800

THE LAW FIRM OF EDWARD VITALE, P.C.

By: _____
Edward Vitale
*Attorneys for Third-Party Defendant*
  Mohammed Khatari
108-18 Queens Boulevard, Suite 402
Forest Hills, New York 11375
(516) 628-6200

ALI NAJMI, ESQ.

By: _____
Ali Najmi
*Attorneys for Third-Party Defendant*
  Ammar Y. Awawdeh
261 Madison Avenue, 12th Floor
New York, New York 10016
(212) 401-6222

SO ORDERED:

_____
United States District Judge

975759

This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
August ___, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
*Attorneys for Defendant and Third-Party Plaintiff*
  JPMorgan Chase Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

MICHAEL T. SUCHER, ESQ.

By: _____
Michael T. Sucher
*Attorneys for Third-Party Defendants*
  Salah M. Omairat and
  Mazen Deli Grocery Corp.
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995

THE LAW FIRM OF EDWARD VITALE, P.C.

By: _____
Edward Vitale
*Attorneys for Third-Party Defendant*
  Mohammed Khatari
108-18 Queens Boulevard, Suite 402
Forest Hills, New York 11375
(516) 628-6200

RAY BECKERMAN, P.C.

By: _____
Ray Beckerman
*Attorneys for Third-Party Defendants*
  Dahaleel 1, Inc. d/b/a Rockaway Farm
  Deli & Grill and Salem N. Al-Gemsh
108-18 Queens Boulevard, 4th Floor
Forest Hills, New York 11375
(718) 544-3434

THE VOLAKOS LAW FIRM, P.C.

By: ___/s/_____
Konstantinos Volakos
*Attorneys for Third-Party Defendants*
  Pickles & Olives, Inc. and
  Mukhter Omairat
120 Bay Ridge Avenue
Brooklyn, New York 11220
(718) 836-4800

ALI NAJMI, ESQ.

By: _____
Ali Najmi
*Attorneys for Third-Party Defendant*
  Ammar Y. Awawdeh
261 Madison Avenue, 12th Floor
New York, New York 10016
(212) 401-6222

SO ORDERED:

_____
United States District Judge

975759

This Stipulation may be signed in counterparts and electronic/facsimile copies and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
August __, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
David S.S. Hamilton
*Attorneys for Defendant and Third-Party Plaintiff*
 JPMorgan Chase Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

MICHAEL T. SUCHER, ESQ.

By: _____
Michael T. Sucher
*Attorneys for Third-Party Defendants*
 Salah M. Omairat and
 Mazen Deli Grocery Corp.
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995

THE LAW FIRM OF EDWARD VITALE, P.C.

By: _____
Edward Vitale
*Attorneys for Third-Party Defendant*
 Mohammed Khatari
108-18 Queens Boulevard, Suite 402
Forest Hills, New York 11375
(516) 628-6200

RAY BECKERMAN, P.C.

By: _____
Ray Beckerman
*Attorneys for Third-Party Defendants*
 Dahaleel 1, Inc. d/b/a Rockaway Farm
 Deli & Grill and Salem N. Al-Gemsh
108-18 Queens Boulevard, 4th Floor
Forest Hills, New York 11375
(718) 544-3434

THE VOLAKOS LAW FIRM, P.C.

By: _____
Konstantinos Volakos
*Attorneys for Third-Party Defendants*
 Pickles & Olives, Inc. and
 Mukhter Omairat
120 Bay Ridge Avenue
Brooklyn, New York 11220
(718) 836-4800

ALI NAJMI, ESQ.

By: ___/s/ Ali Najmi_____
Ali Najmi
*Attorneys for Third-Party Defendant*
 Ammar Y. Awawdeh
261 Madison Avenue, 12th Floor
New York, New York 10016
(212) 401-6222

SO ORDERED:

_____
United States District Judge